UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:14-00184-2 |
| ) | JUDGE SHARP |
| TODD LEWIS MCQUIDDY ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing and Extend Deadline for Filing Objections to the Presentence Report (Docket No. 64).

The motion is GRANTED and the sentencing set for March 18, 2016, is hereby continued to Friday, June 3, 2016, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE